# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ROLAND DIBARTOLO

NO. 2024 KW 0317

**JULY 15, 2024**

---

In Re:    Roland Dibartolo, applying for supervisory writs, 20th
          Judicial District Court, Parish of East Feliciana, No.
          132977, 185448.

---

**BEFORE:   WOLFE, HESTER, AND MILLER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include
a copy of the writ of habeas corpus filed with the district court,
the district court's ruling on motion, the bill of information or
indictment, all pertinent minute entries and/or transcripts, and
any other portions of the district court record that might support
the claims raised in the writ application.

**EW**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT